■   In the Matter of Thomas J. Valentine, Respondent, v. Margaret Amori et al., Respondents, and Louis A. Barone, Appellant.— In a proceeding to invalidate petitions designating appellant and respondent Amori as candidates in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the Westchester Republican County Committee from the 8th Election District of the 4th Ward of the City of New Rochelle, the appeal is from an order of the Supreme Court, Westchester County, entered June 10, 1969, which *inter alia* invalidated appellant's designating petitions.  Order affirmed insofar as it invalidated appellant's designating petitions, without costs.  No opinion.  Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■   In the Matter of Thomas J. Valentine, Respondent, v. Margaret Barone, Appellant, and Board of Elections of Westchester County, Respondent.— In a proceeding to invalidate petitions designating appellant and respondent Mangano as candidates in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the Westchester Republican County Committee from the 9th Election District of the 4th Ward of the City of New Rochelle, the appeal is from an order of the Supreme Court, Westchester County, entered June 10, 1969, which *inter alia* invalidated appellant's designating petitions.  Order affirmed insofar as it invalidated appellant's designating petitions, without costs.  No opinion.  Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■   In the Matter of Thomas J. Valentine, Respondent, v. Carl J. Rocco, Appellant, et al., Respondents.— In a proceeding to invalidate petitions designating appellant and respondent Marian D. Rocco as candidates in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the Westchester Republican County Committee from the 4th Election District of the 2d Ward of the City of New Rochelle, the appeal is from an order of the Supreme Court, Westchester County, entered June 10, 1969, which *inter alia* invalidated appellant's designating petitions.  Order affirmed insofar as it invalidated appellant's designating petitions, without costs.  No opinion.  Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■   In the Matter of Thomas J. Valentine, Respondent, v. Morris A. Barone and Gloria T. Barone, Appellants, et al., Respondent.— In a proceeding to invalidate petitions designating appellants as candidates in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the Westchester Republican County Committee from the 7th Election District of the 4th Ward of the City of New Rochelle, the appeal is from an order of the Supreme Court, Westchester County, entered June 10, 1969,

which adjudged the designating petitions void and directed appellants' names to be stricken as such candidates. Order affirmed, without costs. No opinion. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.